SEALED

**FILED**

DEC 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

11 IN THE MATTER OF THE SEARCH OF            CASE NO.
   6677 TYLER DRIVE, GRIZZLY FLATS, CA;
12 WHITE JEEP CHEROKEE CA LICENSE            2:13-SW 812 — EFB
   PLATE NO. 6NX3637; MICHELLE RYAN          2:13-SW 813 — EFB
13 CLARK; AND TWO CELLULAR PHONES            2:13-SW 814 — EFB
                                             2:13-SW 815 — EFB

   [PROPOSED] ORDER RE: REQUEST TO SEAL
   DOCUMENTS

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

   Dated: 11-13-13

                                                  _____
                                                  Hon. Edmund F. Brennan
                                                  U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL            1
DOCUMENTS